UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 23-02403-SPG-MAR | Date | January 23, 2024 |
| Title | Empire Fire and Marine Insurance Company v. Gilbert Poghosyan et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Patricia Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:**   **(IN CHAMBERS) ORDER**

Third Party Plaintiff Cesar Hilario Prado Barrios ("Third Party Plaintiff") is **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

Third Party Defendants **Levik Mirzakhanian**, **Gilbert Poghosyan** and **Sadaf Sadeghi** did not answer the complaint, yet Third Party Plaintiff has failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a).

Accordingly, the Court, on its own motion, orders Third Party Plaintiff to show cause, in writing, **on or before February 6, 2024,** why this action should not be dismissed for lack of prosecution. Plaintiff can satisfy this order by seeking entry of default or by dismissing the complaint. This matter will stand submitted upon the filing of Third Party Plaintiff's response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

**IT IS SO ORDERED**.

                                                                                                      :

Initials of Preparer   pg