UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**
**JS-6**

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-02403-SPG-MAR | Date | July 24, 2024 |
| Title | Empire Fire and Marine Insurance Company v. Gilbert Poghosyan et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE |
|---|---|

| Patricia Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS)

On June 27, 2024, the Court denied Plaintiff Empire Fire and Marine Insurance Company's ("Plaintiff") Application for Default Judgment by Court. (ECF No. 74 ("Order")). The Order granted Plaintiff leave to file an amended complaint within twenty-one calendar days of the Order and provided that, if Plaintiff did not file an amended complaint, the Court would dismiss Plaintiff's First Amended Complaint ("FAC") without prejudice and close this case. (*Id.* at 11–12).

On July 17, 2024, Plaintiff filed a Notice indicating that Plaintiff would not file an amended complaint. (ECF No. 75 ("Notice")). In light of the Court's Order and Plaintiff's Notice, the Court hereby DISMISSES the FAC as to Defendant Cesar Hilario Prado Barrios. This case is closed. (JS-6).

**IT IS SO ORDERED.**

                                                                             : 

Initials of Preparer    pg